UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| PAULINE G. GREENE | : | CIVIL NO. 03CV526(WWE) |
| v. | : | |
| UNIVERSITY OF CONNECTICUT HEALTH CARE CENTER, CONNECTICUT DEPARTMENT OF CORRECTIONS | : | OCTOBER 20, 2003 |

## ANSWER

The defendants hereby file their answer and affirmative defenses to the plaintiffs' Amended Complaint dated October 1, 2003.

1. As to the first sentence of paragraph 1, the plaintiff is left to her proof. The second sentence of paragraph 1 is denied.

2. As to paragraph 2, the plaintiff is left to her proof.

3. Paragraph 3 is admitted.

4. The first sentence of paragraph 4 is admitted. As to the second sentence of paragraph 4, the plaintiff is left to her proof.

5. The first sentence of paragraph 5 is admitted. As to the second sentence of paragraph 5, the plaintiff is left to her proof.

6. As to paragraph 6, the plaintiff is left to her proof.

7. Paragraph 7 is admitted.

8. As to paragraph 8, the plaintiff is left to her proof.

9. The defendants admit so much of paragraph 9 that states that the plaintiff filed a complaint with the CHRO against DOC and UConn. As to the remainder of paragraph 9, plaintiff is left to her proof.

10. The defendants admit so much of paragraph 10 that states that plaintiff fell out of a chair and fractured her coccyx and injured her neck. As to the remainder of paragraph 10, plaintiff is left to her proof.

11. The defendants admit so much of paragraph 11 that states that plaintiff sought medical attention at the Johnson Occupational Medicine Center. As to the remainder of paragraph 11, plaintiff is left to her proof.

12. As to paragraphs 12, 13, 14, 15 and 16, plaintiff is left to her proof.

13. The first sentence of paragraph 17 is admitted. As to the remainder of paragraph 17, plaintiff is left to her proof.

14. As to the first sentence of paragraph 18, plaintiff is left to her proof. The second sentence of paragraph 18 is denied.

15. Paragraph 19 is admitted.

16. As to the first sentence in paragraph 20, plaintiff is left to her proof. The second sentence of paragraph 20 is denied.

17. The first and last sentences of paragraph 21 are denied. As to the remainder of that paragraph, the plaintiff is left to her proof.

18. Paragraphs 22 and 23 are denied.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiffs' complaint fails to state a claim upon which relief can be granted, and accordingly should be dismissed.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust her administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's claims are barred by the applicable statutes of limitation.

**FOURTH AFFIRMATIVE DEFENSE**

The plaintiff has failed to mitigate her damages.

DEFENDANTS,
UNIVERSITY OF CONNECTICUT
HEALTH CENTER, CONNECTICUT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Answer was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of October, 2003, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Jane B. Emons
Assistant Attorney General