FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2003 JUN 16 P 12: 37

| | |
|---|---|
| PAULINE G. GREENE,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:03CV00526(WWE) |
| v. | |
| UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER, CONNECTICUT<br>DEPARTMENT OF CORRECTIONS,<br>*Defendants* | JUNE 12, 2003 |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal rules of Civil Procedure, the defendants hereby move the Court to dismiss this action for the following reasons:

(1) The plaintiff's 42 U.S.C. § 1981 claims against the defendants are barred by the Eleventh Amendment to the United States Constitution;

(2) The plaintiff's claims for injunctive and declaratory relief against the defendant Department of Correction are moot; and

(3) The plaintiff's state law claims brought under the Connecticut Fair Employment Practices Act C.G.S. § 46-51 et seq. are barred by the Eleventh Amendment to the United States Constitution.

*[Margin annotation, left side, handwritten:]* In light of plaintiff's response that she has no objection to the motion to dismiss, the motion is hereby GRANTED. The Court accepts the plaintiff's amended complaint.

WARREN W. EGINTON, SENIOR USDJ   10/22/03

*[Stamp:]* FILED 2003 OCT 22 P 4:37

The defendants have filed a Memorandum of Law in Support of their Motion to Dismiss.

> DEFENDANTS,
> UNIVERSITY OF CONNECTICUT
> HEALTH CENTER, CONNECTICUT
> DEPARTMENT OF CORRECTIONS
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Jane B. Emons
> Assistant Attorney General
> Federal Bar No. 16515
> 55 Elm Street - P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5385
> Email: jane.emons@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of June, 2003, first class postage prepaid to:

Dawne Westbrook
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Jane B. Emons
Assistant Attorney General

2