

Held 04/7/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 8, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv526(WWE)**     **Greene v. U. Conn.**

Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510


                               BY ORDER OF THE COURT
                               KEVIN F. ROWE, CLERK