FILED
2004 MAY 17 P 12: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULINE G. GREENE,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:03CV00526(WWE) |
| v. | |
| UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER, CONNECTICUT<br>DEPARTMENT OF CORRECTIONS,<br>*Defendants* | May 13, 2004 |

### MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

The defendants, through counsel, respectfully request for an order to modify the existing Scheduling Order to extend the deadline for discovery to July 15, 2004 and for filing of dispositive motions to September 15, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Endorsement 13-1, dated June 19, 2003) set the discovery deadline for March 15, 2004 and for filing dispositive motions for May 17, 2004.

2. The parties held a status conference with the Court on April 17, 2004 that addressed all aspects of the case, including discovery issues that remain outstanding.

3. Discovery in the above-captioned matter is incomplete. The plaintiff has not yet provided the undersigned with information regarding certain medical treaters along with other documentation, as promised at deposition. A letter requesting such information is attached.

4. The undersigned has a very heavy schedule upcoming in the month of June 2004, including but not limited to, a jury trial in state court in Duart v. Department of Correction, CV 02-0124882 S, two summary judgments due in federal court in Viruet v. Department of

Correction, 3:03CV1345(DJS), <u>Nyack v. Southern Connecticut State University</u>, 3:03CV0839(AWT) and motions to dismiss in actions entitled <u>Eunice Smith v. DOC</u> in two separate federal court actions filed by the same party.

5. The file in the above-captioned matter is voluminous and, inasmuch as it entails several years of litigation, additional time is required to review and compile the material.

6. This is defendants' first request to modify the Scheduling Order.

7. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, resetting the discovery deadline to July 15, 2004 and for filing of dispositive motions to September 15, 2004.

DEFENDANTS,
UNIVERSITY OF CONNECTICUT
HEALTH CENTER, CONNECTICUT
DEPARTMENT OF CORRECTIONS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Modification of Scheduling Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of May, 2004 first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Jane B. Emons
Assistant Attorney General



RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5340
Fax: (860) 808-5383

May 5, 2004

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

RE:   *Pauline G. Greene v. University of Connecticut
      Health Care Center, Connecticut Department of Corrections*

Dear John:

    Thank you for your most recent partial discovery compliance in the Greene matter. I continue to await medical records for some five medical treaters per your April 22, 2004 letter. I am troubled, however by your response that Dr. Steve Seldon has no record Pauline Greene. To the extent that Ms. Greene quotes him in her complaint and testified about him at her deposition, and to the extent that you disclosed one of his reports, I am perplexed by your/Dr. Seldon's claim that he has no record of having seen her. Pease contact his office and forward all information.

    Additionally, your client agreed in her deposition to provide me with a letter that she wrote requesting a less arduous duty search. (Depo. 174-75). I have not received that or copies of other letters that I was promised. Your client similarly agreed to provide tapes and videos of certain hearings. I have not received them. Please provide these at your earliest convenience or I will be forced to make a motion to compel.

    Lastly, pursuant to our phone conference with the Court on April 7, 2004, I will be filing a motion to extend both discovery and summary judgment deadlines. Your office indicated that you had no objection.

    Thank you for your cooperation this matter.

Very truly yours,

Jane B. Emons
Assistant Attorney General

cc:   Kim Coleman Waisonovitz
      Lindsay Caron