UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 17 P 12: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| PAULINE G. GREENE,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03CV00526(WWE) |
| v. | : | |
| UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER, CONNECTICUT<br>DEPARTMENT OF CORRECTIONS,<br>*Defendants* | :<br>:<br>:<br>: | May 13, 2004 |

## MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

The defendants, through counsel, respectfully request for an order to modify the existing Scheduling Order to extend the deadline for discovery to July 15, 2004 and for filing of dispositive motions to September 15, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Endorsement 13-1, dated June 19, 2003) set the discovery deadline for March 15, 2004 and for filing dispositive motions for May 17, 2004.

2. The parties held a status conference with the Court on April 17, 2004 that addressed all aspects of the case, including discovery issues that remain outstanding.

3. Discovery in the above-captioned matter is incomplete. The plaintiff has not yet provided the undersigned with information regarding certain medical treaters along with other documentation, as promised at deposition. A letter requesting such information is attached.

4. The undersigned has a very heavy schedule upcoming in the month of June 2004, including but not limited to, a jury trial in state court in <u>Duart v. Department of Correction</u>, CV 02-0124882 S, two summary judgments due in federal court in <u>Viruet v. Department of</u>

---

Motion Granted.
Discovery cutoff date 7-15-04
Dispositive Motions due by 9-15-04
SO ORDERED
5/22/04
Warren W. Eginton, Sr. U.S.D.J.

FILED
2004 MAY 24 P 2: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN.