UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV00526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER, CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION, | : | |
| *Defendants* | : | September 10, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

The defendants, through counsel, respectfully request an extension of time of sixty (60) days to file their summary judgment to and including November 15, 2004. In support of this motion, the defendants represent as follows:

1. The current Scheduling Order (Doc. # 24, May 24, 2004) set the deadline for filing dispositive motions for September 15, 2004.

2. The undersigned recently completed a two-week jury trial in state court in Duart v. Department of Correction, CV 02-0103475 S, Judicial District of Middlesex at Middletown. A jury verdict was rendered for the defendant. However, plaintiff's counsel moved for a new trial; the undersigned was heavily engaged in preparing opposition papers to said motion and additional time is required to prepare for an upcoming oral argument and evidentiary hearing before the Court.

3. In addition, the undersigned has a second summary judgment in federal court in Viruet v. Department of Correction, 3:03CV1345(DJS) that is due on October 15, 2004.

4. The file in the above-captioned matter is voluminous and, inasmuch as it entails several years of litigation, additional time is required to review and compile the material.

5. This is defendants' second request to modify the deadline for filing summary judgment.

6. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to file their summary judgment to and including November 15, 2004.

DEFENDANTS,
UNIVERSITY OF CONNECTICUT
HEALTH CENTER, CONNECTICUT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this      day of September, 2004 first class postage prepaid to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Jane B. Emons
Assistant Attorney General