UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:03CV00526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER, CONNECTICUT DEPARTMENT OF CORRECTION | : | NOVEMBER 12, 2004 |
| *Defendants* | | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, University of Connecticut Health Care Center (UCHC) respectfully moves pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this District for an order of summary judgment in its favor on all claims set forth against it in the plaintiff's complaint. In support of this motion, the defendant submits herewith a Local Rule 56(a)1 Statement of Material Facts Not In Dispute, with supporting documentary proof and a Memorandum of Law in Support of its Motion for Summary Judgment.

        DEFENDANTS,
        UNIVERSITY OF CONNECTICUT
        HEALTH CENTER, DEPARTMENT OF
        CORRECTION

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Jane B. Emons
        Assistant Attorney General
        Federal Bar No. ct16515
        55 Elm Street - P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        Email:  Jane.Emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12${}^{th}$ day of November, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

        _____
        Jane B. Emons
        Assistant Attorney General