**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAULINE G. GREENE | : | CIVIL NO. 03CV526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CARE CENTER, | : | |
| CONNECTICUT | : | |
| DEPARTMENT OF CORRECTIONS | : | DECEMBER 14, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendants, University of Connecticut Health Care Center,

Connecticut Department of Corrections, have manually filed the following documents or things:

Exhibits in support of Defendant's Reply
Memorandum of Law in Support of Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format*
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,

UNIVERSITY OF CONNECTICUT
HEALTH CENTER, CONNECTICUT
DEPARTMENT OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of December, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Jane B. Emons
Assistant Attorney General

2