UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE | : | CIVIL NO. 03CV526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CARE CENTER, | : | |
| CONNECTICUT | : | |
| DEPARTMENT OF CORRECTIONS | : | MAY 11, 2005 |

## JOINT STIPULATION

Pursuant to inquiries from the Court as it prepares to review the Defendants' Motion for Summary Judgment, the parties have agreed to stipulate to the following:

1.  The Connecticut Department of Correction has not been the "employer" of the plaintiff for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 200e, *et seq.* since November, 1997.

| PLAINTIFF | DEFENDANTS, |
|---|---|
| PAULINE G. GREENE | UNIVERSITY OF CONNECTICUT HEALTH CENTER, CONNECTICUT DEPARTMENT OF CORRECTION |
| BY: _____ | |
| John R. Williams, Esq. | RICHARD BLUMENTHAL |
| Williams and Pattis, LLC | ATTORNEY GENERAL |
| 51 Elm Street, Suite 409 | |
| New Haven, CT  06510 | BY: _____ |
| Tel:  (203) 562-9931 | Jane B. Emons |
| Fax:  (203) 776-9494 | Assistant Attorney General |
| Email:  jrw@johnwilliams.com | Federal Bar No. 16515 |
| | 55 Elm Street - P.O. Box 120 |
| | Hartford, CT  06141-0120 |
| | Tel: (860) 808-5340 |
| | Fax: (860) 808-5383 |
| | Email:  jane.emons@po.state.ct.us |