UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE | : | CIVIL NO. 03CV526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CARE CENTER, | : | |
| CONNECTICUT | : | |
| DEPARTMENT OF CORRECTIONS | : | MAY 26, 2005 |

**JOINT MOTION FOR DISMISSAL OF
<u>DEPARTMENT OF CORRECTION WITH PREJUDICE</u>**

Plaintiff, Pauline Greene, and Defendants, Department of Correction and University of Connecticut Health Center by their attorneys, jointly present this motion requesting that the above-entitled action be dismissed with prejudice as to the State of Connecticut Department of Correction. In support of this Motion, the parties to this Motion state the following:

1. On March 25, 2003, the instant Complaint was filed against, *inter alia*, the State of Connecticut, Department of Correction (DOC).

2. An Amended Complaint was filed on October 3, 2003.

3. The only count that remains in plaintiff's complaint against the DOC is Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 200e *et seq*.

4. On May 11, 2005, the parties filed a Joint Stipulation with the court and agreed to stipulate that the DOC has not been the "employer" of the Plaintiff since November, 1997.

2

      WHEREFORE, the parties agree that the DOC may be dismissed as a defendant from this lawsuit, with prejudice.

| | |
|---|---|
| PLAINTIFF<br>PAULINE G. GREENE | DEFENDANTS,<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER, CONNECTICUT<br>DEPARTMENT OF CORRECTION |
| BY: _____<br>    John R. Williams, Esq.<br>    Williams and Pattis, LLC<br>    51 Elm Street, Suite 409<br>    New Haven, CT  06510<br>    Tel:  (203) 562-9931<br>    Fax:  (203) 776-9494<br>    Email:  jrw@johnwilliams.com | RICHARD BLUMENTHAL<br>ATTORNEY GENERAL<br><br>BY: _____<br>    Jane B. Emons<br>    Assistant Attorney General<br>    Federal Bar No. 16515<br>    55 Elm Street - P.O. Box 120<br>    Hartford, CT  06141-0120<br>    Tel: (860) 808-5340<br>    Fax: (860) 808-5383<br>    Email:  jane.emons@po.state.ct.us |

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Joint Motion For Dismissal of Department of Correction with Prejudice was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of June, 2005, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Jane B. Emons
Assistant Attorney General