UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAULINE G. GREENE

      v.                                        3:03cv526 WWE

UNIVERSITY OF CONNECTICUT
HEALTH CARE CENTER and
CONNECTICUT DEPARTMENT
OF CORRECTIONS

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant University of Connecticut Health Center's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 15, 2005, entered a Ruling granting defendant's motion for summary judgment. On June 6, 2005, the defendant Connecticut Department of Corrections was dismissed by stipulation.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant University of Connecticut Health Care Center and the case is closed.

Dated at Bridgeport, Connecticut, this 20th day of June, 2005.

                                              KEVIN F. ROWE, Clerk

                                              By     /s/ Chrystine W. Cody
                                                        Deputy-in-Charge

Entered on Docket _____