UNITED STATES DISTRICT COURT     FILED
DISTRICT OF CONNECTICUT

2005 JUL 25 P 12: 01

| | | |
|---|---|---|
| PAULINE G. GREENE,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03CV0526(WWE) |
| v. | : | |
| UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER,<br>*Defendant* | :<br>: | July 22, 2005 |

## DEFENDANTS' MOTION FOR COSTS

Defendant's motion for summary judgment was granted on June 15, 2005 (Doc. # 35). Judgment was entered on June 20, 2005 (Doc. # 36). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully requests that:

    a.    The court assess costs in this action in the amount of $930.00 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

The defendant filed a Motion for Security for Costs on or about June 5, 2003 (Doc. # 7) and the Motion was granted by the Court on June 18, 2003 (Doc. # 11). Upon information and belief, the defendant never posted the bond as ordered by the Court.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Jane.Emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion for Costs was served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of July, 2005 to:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

*[signature]*
Jane B. Emons
Assistant Attorney General

2

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION NO.<br>3:03CV0526(WWE) |
| vi. | : <br> : <br> : | |
| UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER,<br>*Defendant* | : <br> : <br> : | July 22, 2005 |

## BILL OF COSTS

1. Fees of the Court Reporter .......................................... $ 393.75
    Deposition of Pauline Greene, Part I, dated
    March 5, 2004 -- invoice attached

2. Fees of the Court Reporter................................  536.25
    Deposition of Pauline Greene, Part II, dated
    March 5, 2004 -- invoice attached

            **TOTAL**                                                       $ 930.00

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULINE G. GREENE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV0526(WWE) |
| vii. | : | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER | : | |
| *Defendant* | : | July 22, 2005 |

### CERTIFICATION

I, Jane B. Emons, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Jane B. Emons
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 13th day of July, 2005.

_____
Notary Public/Commissioner of the Superior Court
Nancy A. Brouillet

4

**PRIORITY**  **PAST DUE**

# Brandon Smith Reporting Service, LLC
Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, March 08, 2004 | 8855BL |

Jane Emons
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:     (860) 808-5340     Fax:

**Witness:** Greene, Pauline
**Case:** Greene vs. University of Connecticut
**Venue:**
**Case #:** 03-CV526(WWE)
**Date:** 3/5/2004
**Start Time:** 9:30 AM
**End Time:** :0
**Reporter:** Aretha Martin
**Claim #:**
**File #:**                                                                 12645ss

| Description | Quan | Total |
|---|---|---|
| Attorney General (Daily) | 85 | $637.50 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $712.50 |
| Payments | | $0.00 |
| Balance Due | | $712.50 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

JBE

# Brandon Smith Reporting Service, LLC        Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 23, 2004 | 9219BL |

Jane Emons
Attorney General
55 Elm Street
P.O. Box 120  4th Floor Conference Room
Hartford, CT 06141

Phone:    (860) 808-5340    Fax:

**Witness:** Greene, Pauline
**Case:** Greene vs. University of Connecticut
**Venue:**
**Case #:** 03-CV526(WWE)
**Date:** 3/5/2004
**Start Time:** 9:30 AM
**End Time:** :0
**Reporter:** Aretha Martin
**Claim #:**
**File #:**                                                12645ss

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Original and two copies | 123 | $485.85 |
| Sub Total |  | $560.85 |
| Payments |  | $0.00 |
| Balance Due |  | $560.85 |

*OK to pay center UConn Health Managed Care* [handwritten signature] MAR 24 2004

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*