**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAULINE G. GREENE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV0526(WWE) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER, | | |
| *Defendant* | : | July 22, 2005 |

**DEFENDANT'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**

The defendant in the above-captioned action hereby respectfully moves pursuant to Fed. R. Civ. P. 54(d)(2) and 42 U.S.C. § 1988(b) for an award of attorney's fees in the amount of $17,250.00 payable to the State of Connecticut, c/o Office of the Attorney General, 55 Elm Street, Hartford, Connecticut 06106. The defendant represents that:

1. This Court retains subject matter jurisdiction to award such fees pursuant Fed. R. Civ. P. 58;

2. That the defendant is "prevailing party" and that this lawsuit instituted by the plaintiff was frivolous, unreasonable and without foundation;

3. That the claimed hourly rate and time expended by defendant's counsel are reasonable.

In support hereof defendant submits the Affidavit of Jane B. Emons and a Memorandum of Law both dated July 22, 2005.

                   DEFENDANT

            BY: _____
              Jane B. Emons
              Assistant Attorney General
              55 Elm Street, P. O. Box 120
              Hartford, CT  06141-0120
              Tel:  (860) 808-5340
              Fax:  (860) 808-5383
              E-Mail Address:
              Jane.Emons@po.state.ct.us
              Federal Bar No. ct16515

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Defendants' Motion For An Award of Attorneys' Fees Pursuant To 42 U.S.C. § 1988 was mailed Certified Mail # _____, return receipt requested, postage prepaid this ___ day of July, 2005 to all counsel of record:

John R. Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

              _____
              Jane B. Emons
              Assistant Attorney General