

| RICHARD BLUMENTHAL | Office of The Attorney General | 55 Elm Street |
| ATTORNEY GENERAL | **State of Connecticut** | P.O. Box 120 |
| | | Hartford, CT 06141-0120 |
| | | Tel: (860) 808-5340 |
| | | Fax: (860) 808-5383 |

September 9, 2004

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

RE:   *Pauline Greene v. University of Connecticut Health Care Center, Connecticut Department of Correction*

Dear Attorney Williams:

In furtherance of our most recent status conference with Judge Edginton, please allow this letter to serve as notice that after my investigation and review of Ms. Greene's lawsuit and workers compensation cases, I view this case as frivolous and not likely to lead to recovery in any forum.

Despite grandiose allegations, her claims are, for the most part, inaccurate if not specious and dishonest. Please review the attached FINDING AND DISMISSAL of Commissioner Ernie R. Walker, who found her wholly lacking in credibility, and ultimately ordered her to repay the respondent amounts now totaling in excess of $93,000.

An in-depth review of Ms. Greene's file and numerous interviews with defendants' witnesses reveal an individual who, despite her doctor shopping and claims to the contrary, was neither discrimination against nor available for work at any point in time following her injury of July 17, 1998.

I have noticed Ms. Greene's deposition for February 18, 2004. Should the State prevail in this action, I will be seeking reimbursement for all attorneys' fees expended in defense of this claim. I would urge you to discuss the ramifications of the continuation of this action with your client and suggest that sparing the court this frivolous matter would be in her best interest.

Very truly yours,

Jane Emons
Assistant Attorney General

cc:   Norman Pattis, Esq.