UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULINE G. GREENE | : CIVIL NO. 3:03CV0526 (WWE) |
| Plaintiff, | : |
| V. | : |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER | : |
| | : JULY 14, 2005 |
| Defendant. | : |

### AFFIDAVIT OF RICHARD D. O'CONNOR

I, Richard D. O'Connor, being duly sworn, do depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut, the Commonwealth of Massachusetts and the District of Columbia.

3. I received my J.D. degree in June 1964, and was admitted to practice before the Bar of the State of Connecticut in August of 1964, before the Bar of the Commonwealth of Massachusetts in 1985, before the United States District Court for the District of Connecticut in 1964, before the Second Circuit Court of Appeals in 1969 and before the United States Supreme Court in 1973.

4. Since January, 1967, I have been employed on a full time basis at the firm of Siegel, O'Connor, O'Donnell & Beck, P.C., and its predecessor firms beginning with the Law Offices of Jay S. Siegel in 1967, and thereafter through the present date under

the name and style of Siegel, O'Connor and other partners. I practiced with the firms first as an associate, then as a partner and later as a principal.

5. A significant portion of my time, since I began my employment with the firm, has been devoted to matters related to employment litigation and the litigation of claims under the National Labor Relations Act, the Civil Rights Act and claims brought by employees against employers. I have always represented employers.

6. At present the hourly rate I charge private clients, including clients who pay my full hourly rate, is $300 per hour.

7. I am familiar with the work of Attorney Jane B. Emons. She and I have appeared jointly in matters in which I have represented the Judicial Branch, State of Connecticut or the Attorney General of the State of Connecticut.

8. On various dates, Attorney Emons and I have had occasion to discuss the law in general, and other cases which raised employment and Civil Rights issues over the years.

9. I am generally familiar with Attorney Emons experience and reputation in the community. As an attorney who defends employment discrimination and Civil Rights claims, Attorney Emons is an experienced and knowledgeable litigator.

10. It is my understanding that Attorney Emons is seeking fees in the above captioned matter at the rate of $250.00 per hour.

11. Based upon my knowledge of hourly rates charged by other law firms in the area for attorneys with like years and experience as Attorney Emons, the rate of

$250.00 per hour is a billing rate at the low end of the range which is fair and reasonable in the State of Connecticut. I believe that her requested rate of $250.00 is well within the limits of reasonableness, and in my view, it would be appropriate for her to charge for her legal services at a higher rate considering her level of experience and ability.

The foregoing is true and correct and based on my personal knowledge as indicated.

_____
RICHARD D. O'CONNOR          ct05388

Subscribed and sworn to before me this 14th day of July, 2005.

_____
Susan H. Orf
Notary Public
My Commission Expires: 9/30/07