UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULINE G. GREENE | : CIVIL NO. 3:03CV0526 (WWE) |
| Plaintiff, | : |
| V. | : |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER | : |
| | : JULY 11, 2005 |
| Defendant | : |

### AFFIDAVIT OF KATHLEEN ELDERGILL

I, Kathleen Eldergill, being duly sworn, do depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut.

3. I received my J.D. degree in May 1981, and was admitted to practice before the Bar of the State of Connecticut in November 1981, before the Bar of the United States District Court for the District of Connecticut in December 1981, before the Second Circuit Court of Appeals in May 1983, and before the United States Supreme Court on September 16, 1988.

4. Since September, 1981, I have been employed full time at the firm of Beck & Eldergill, P.C. (formerly Beck & Pagano), first as an associate, then as a partner and later a

1

principal. A significant portion of my time, since I began my employment, has been devoted to litigating claims under the Civil Rights Act and claims brought by employees.

5. At present the hourly rate I charge clients, including clients who pay my full hourly rate, is $325 per hour.

6. I am familiar with the work of Attorney Jane B. Emons. She has appeared as opposing counsel in matters in which I have represented plaintiff-employees, including one case which was tried to a jury. Also, we have had occasion to discuss other cases which raise employment and civil rights issues over the years. In addtion, I am generally familiar with her experience and reputation in the community as an attorney who defends employment discrimination and civil rights claims. In my opinion, Attorney Emons is an experienced and knowledgeable litigator.

7. It is my understanding that Attorney Emons is seeking fees in the above matter at the rate of $250.00 per hour.

8. Based upon my knowledge of rates charged by other law firms in the area for attorneys with like years and experience as Attorney Emons, the rate of $250.00 per hour is a billing rate well within the range which is reasonable in our community. Indeed, in my view it would be reasonable for her to charge more for her legal services based upon her level of

2

experience and ability.

The foregoing is true and correct and based on my personal knowledge as indicated.

_____
KATHLEEN ELDERGILL          ct00024

Subscribed and sworn to before me this 11th day of July, 2005.

_____
Joan M. Johnson
Notary Public
My Commission Expires: 7/31/06

3